IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILIP MORRIS INCORPORATED,

        Plaintiff,

  v.

ELOISE S. ESCANDON, et al.,

        Defendants.
_____/

CIV NO. F-05-00593 AWI LJO

2:05 - CV   1 3 3 7 WBS DAD

PHILIP MORRIS INCORPORATED,

        Plaintiff,

  v.

MUNIR YASIN, et al.,      CIV NO. S-02-2315 WBS DAD
DENNIS ROGERS, et al.,          S-02-2619 WBS DAD
RALPH G. GREER, JR., et al.,     S-03-0409 WBS DAD
DUC C. DUONG, et al.,          S-03-0825 WBS DAD
CHEAP CIGARETTES, et al.,      S-03-2203 WBS DAD
HARMANDAR GILL, et al.,        S-04-0323 WBS DAD
SAAD SOUS, et al.,            S-04-0524 WBS DAD

        Defendants.
_____/

       Examination of the above-entitled action, <u>Philip Morris U.S.A. Inc. vs. Escandon,</u> reveals that it is related within the meaning of Local Rule 123(a) (E.D. Cal. 1984) to the previously related cases listed above. The cases all have the same plaintiff and have similar issues of law. Accordingly, the

1 | assignment of the matters to the same judge is likely to effect a
2 | substantial saving of judicial effort and is also likely to be
3 | convenient for the parties.
4 |     The parties should be aware that relating the cases
5 | under Local Rule 123 merely has the result that all actions are
6 | assigned to the same judge; no consolidation of the actions is
7 | effected.  Under the regular practice of this court, related
8 | cases are generally assigned to the judge and magistrate to whom
9 | the first filed action was assigned.
10 |     IT IS THEREFORE ORDERED that the action denominated
11 | 1:05-CV-00593 AWI LJO, be, and the same hereby is, reassigned
12 | to Judge William B. Shubb and Magistrate Judge Dale A. Drozd
13 | for all further proceedings, and any dates currently set in
14 | this reassigned case only are hereby VACATED.
15 |     IT IS FURTHER ORDERED that this action be
16 | transferred to the Sacramento Division of the U.S. District
17 | Court.  Henceforth, the caption on documents filed in the
18 | reassigned case shall be shown as __2:05 - CV   1 3 3 7 WBS DAD__
19 |     IT IS FURTHER ORDERED that the Clerk of the Court
20 | make appropriate adjustment in the assignment of civil cases
21 | to compensate for this reassignment.
22 |     IT IS SO ORDERED.
23 |     DATED: June 30, 2005.

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2